UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK ---- X
------------------------------------------------

La Rocco

v.

Marsh + McLennan

------------------------------------------------ X
------------------------------------------------

USDNY
DOCUMENT
ELECTRONIC
DOC #.
DATE FILED: 3/4/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 0439 (SAS) ( )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         March 3, 2008

_____
United States District Judge

April would be best.

Thanks