UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH V. LA ROCCO, JR.,

              Plaintiff,

      -against-                              08 Civ. 0439 (SAS) (FM)

MARSH & MCLENNAN COMPANIES, INC.;
MARSH INC.; MARSH GLOBAL BROKING        RULE 7.1 STATEMENT
INC.; MARSH GLOBAL BROKING
(BERMUDA) LTD; MARSH USA INC.
SEVERANCE PAY PLAN; MARSH USA INC.
(AS PLAN ADMINISTRATOR OF THE MARSH
USA INC. SEVERANCE PAY PLAN); and
HUMAN RESOURCES DIRECTOR OF NORTH
AMERICAN OPERATIONS OF MARSH USA
INC. (AS PLAN ADMINISTRATOR OF THE
MARSH USA INC. SEVERANCE PAY PLAN),

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Marsh & McLennan Companies, Inc., Marsh Inc. and Marsh Placement LLC (formerly known as Marsh Global Broking Inc.) (collectively, "defendants") certifies that there are no publicly held corporations that own 10% or more of defendants' stock, and further certifies that:

- Marsh & McLennan Companies, Inc. has no parent corporation, and is the parent corporation of Marsh Inc.;

- Marsh Inc. is the parent corporation of Marsh USA Inc.; and,

- Marsh USA Inc. is the parent corporation of Marsh Placement LLC.

Dated: New York, New York
       March 28, 2008

                              WINSTON & STRAWN LLP

                              By: _____
                                  Stephen L. Sheinfeld (SS 3585)
                                  William Sunkel (WS 2560)
                              200 Park Avenue
                              New York, New York 10166
                              (212) 294-6700
                              ssheinfeld@winston.com
                              wsunkel@winston.com

                              Attorneys for Defendants
                              Marsh & McLennan Companies, Inc.,
                              Marsh Inc., and Marsh Placement LLC