UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH V. LA ROCCO, JR.,

                    Plaintiff,

        -against-

MARSH & MCLENNAN COMPANIES, INC.;
MARSH INC.; MARSH GLOBAL BROKING
INC.; MARSH GLOBAL BROKING
(BERMUDA) LTD; MARSH USA INC.
SEVERANCE PAY PLAN; MARSH USA INC.
(AS PLAN ADMINISTRATOR OF THE MARSH
USA INC. SEVERANCE PAY PLAN); and
HUMAN RESOURCES DIRECTOR OF NORTH
AMERICAN OPERATIONS OF MARSH USA
INC. (AS PLAN ADMINISTRATOR OF THE
MARSH USA INC. SEVERANCE PAY PLAN),

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAR 1 2008
JUDGE SCHEINDLIN

08 Civ. 0439 (SAS)(FM)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/08

      Upon an application having been made by the attorneys for the parties to set a briefing

schedule for defendants' motion under Rule 12(b)(6) of the Federal Rules of Civil Procedure,

      It is hereby ORDERED that:

    1.    Defendants shall serve their moving papers on or before March 31, 2008.

    2.    Plaintiff shall serve his opposition on or before April 30, 2008.

    3.    Defendants shall serve their reply on or before May 14, 2008.

ENTERED this _31_ day of _March_, 2008.

_____
Shira A. Scheindlin, United States District Judge