# WINSTON & STRAWN LLP

**MEMO ENDORSED**

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

STEPHEN L. SHEINFELD
(212) 294-2650
ssheinfeld@winston.com

April 18, 2008

**VIA FACSIMILE & U.S. MAIL**

The Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

*[Handwritten endorsement: The case will be adjourned if the parties submit by April 22, 2008 a 30-day order in the form annexed hereto. (Counterpart faxes are fine!) FMaas, USMJ, 4/18/08]*

Re: Joseph V. LaRocco v. Marsh & McLennan Companies, Inc. et al.
Civil Action No. 08-CV-0439 (SAS) (FM)

Dear Judge Maas:

We represent defendants in the above-referenced action (the "Action"). We write, with the consent of plaintiff's counsel, to advise the Court that the parties have reached a settlement in principle of the Action, and expect to file a stipulation and order of dismissal with prejudice shortly.

Accordingly, the parties request that the mediation in the Action scheduled for Thursday, April 24, 2008, at 4:30 p.m., be adjourned *sine die*.

Thank you for your consideration of this request.

Respectfully submitted,

Stephen L. Sheinfeld

cc: Ethan A. Brecher, Esq. (via e-mail)

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/18/08]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

                    Plaintiff(s),      :      ORDER OF DISCONTINUANCE

    -against-                  :      Civ.    (   )(FM)

                    Defendant(s).    :
------------------------------------------------------------x

       It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

       ORDERED that said action be and hereby is, discontinued with/without prejudice and with/without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:     New York, New York
                    , 200

                                                   FRANK MAAS
                                  United States Magistrate Judge

_____      _____
Attorney(s) for Plaintiff                          Attorney(s) for Defendant

Agreed and Consented to:                 Agreed and Consented to:

_____      _____