DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
JOSEPH V. LA ROCCO, JR.,

        Plaintiff,

-against-

MARSH & MCLENNAN COMPANIES, INC.;
MARSH INC.; MARSH GLOBAL BROKING
INC.; MARSH GLOBAL BROKING
(BERMUDA) LTD; MARSH USA INC.
SEVERANCE PAY PLAN; MARSH USA INC.
(AS PLAN ADMINISTRATOR OF THE MARSH
USA INC. SEVERANCE PAY PLAN); and
HUMAN RESOURCES DIRECTOR OF NORTH
AMERICAN OPERATIONS OF MARSH USA
INC. (AS PLAN ADMINISTRATOR OF THE
MARSH USA INC. SEVERANCE PAY PLAN),

        Defendants.
---------------------------------------x

ORDER OF DISCONTINUANCE

08 Civ. 0439 (SAS)(FM)

RECEIVED
CHAMBERS OF
APR 23 2008
JUDGE SCHEINDLIN

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED: New York, New York
       April 22, 2008

_____
FRANK MAAS
United States Magistrate Judge

_____
Attorney(s) for Plaintiff

_____
Attorney(s) for Defendant

Agreed and Consented to:

Agreed and Consented to:

So Ordered.

4/23/08