UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOSEPH V. LA ROCCO, JR.,

        Plaintiff,

-against-

        08 Civ. 0439 (SAS)(FM)

MARSH & MCLENNAN COMPANIES, INC.;
MARSH INC.; MARSH GLOBAL BROKING
INC.; MARSH GLOBAL BROKING
(BERMUDA) LTD; MARSH USA INC.
SEVERANCE PAY PLAN; MARSH USA INC.
(AS PLAN ADMINISTRATOR OF THE MARSH
USA INC. SEVERANCE PAY PLAN); and
HUMAN RESOURCES DIRECTOR OF NORTH
AMERICAN OPERATIONS OF MARSH USA
INC. (AS PLAN ADMINISTRATOR OF THE
MARSH USA INC. SEVERANCE PAY PLAN),

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

        Defendants.
------------------------------------- x

    IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned attorneys, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action be dismissed, with prejudice and on the merits, without costs or attorneys' fees to any party.

Dated: May 6, 2008

LIDDLE & ROBINSON, L.L.P.

_____
Ethan A. Brecher, Esq. (EB 3425)
800 Third Avenue
New York, New York 10022
ebrecher@liddlerobinson.com

Attorneys for Plaintiff

WINSTON & STRAWN LLP

_____
Stephen L. Sheinfeld, Esq. (SS 3585)
200 Park Avenue
New York, New York 10166
ssheinfeld@winston.com

Attorneys for Defendants

SO ORDERED:

_____
U.S.D.J.

5/13/08